IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TEXAS CLOTHING HOLDING CORP.**, <br> *Plaintiff* | § § § § | |
| v. | § § | Civil Action No. 3:22-cv-000590-X |
| **ZURICH AMERICAN INSURANCE COMPANY**, <br> *Defendant.* | § § § | |

## AGREED STIPULATION

**COME NOW,** Plaintiff, Texas Clothing Holding Corp., and Defendant, Zurich American Insurance Company, and file, pursuant to Rule 29(b) of the Federal Rules of Civil Procedure, their Agreed Stipulation. Plaintiff and Defendant (the "Parties") stipulate the following:

1. The Parties hereby advise the Court that they conferred pursuant to FRCP 26.

2. Plaintiff filed its Original Complaint on March 14, 2022.

3. Defendant requested an extension to file its responsive pleading on Monday, May 2, 2022, and Plaintiff agreed.

4. Defendant filed its Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) on May 2, 2022.

5. Plaintiff requested an extension to file its response to Defendant's Motion to Dismiss to Friday, July 1, 2022, and Defendant agreed. Plaintiff's deadline to file a response to Defendant's Motion to Dismiss is July 1, 2022.

SO STIPULATED.

Respectfully submitted,

**LOEWINSOHN DEARY SIMON RAY LLP**

BY: */s/   Alan S. Loewinsohn*
Alan S. Loewinsohn
State Bar No. 12481600
alanl@ldsrlaw.com
Kerry Schonwald
State Bar No. 24051301
kerrys@ldsrlaw.com
12377 Merit Drive, Suite 900
Dallas, Texas 75251
Telephone: (214) 572-1700
Fax: (214) 572-1717

**ATTORNEYS FOR PLAINTIFF,
TEXAS CLOTHING HOLDING CORP.**

**PHELPS DUNBAR LLP**

BY: */s/ Peri H. Alkas*
Peri H. Alkas
Texas Bar No.   00783536
910 Louisiana Street; Suite 4300
Houston, Texas 77002
Telephone: 713 626 1386
Facsimile: 713 626 1388
Email: peri.alkas@phelps.com

**ATTORNEY FOR DEFENDANT,
ZURICH AMERICAN INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2022, the foregoing instrument was electronically filed with the Clerk of Court via the Court's CM/ECF system which will provide notice of such filing to all known counsel of record.

*/s/ Alan S. Loewinsohn*
Alan S. Loewinsohn